IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SERGEI KISHCHENKO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv1087-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

OPINION AND ORDER

This lawsuit is before the court on the
recommendation of the United States Magistrate Judge
that the case be transferred to the United States
District Court for the Eastern District of Missouri
pursuant to 28 U.S.C. § 1631. There are no objections
to the recommendation. After an independent and de
novo review of the record, the court concludes that the
magistrate judge's recommendation should be adopted.

\*\*\*

Accordingly, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no.
4) is adopted.

(2) This case is transferred to the United States District Court for the Eastern District of Missouri pursuant to 28 U.S.C. § 1631.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 8th day of July, 2020.

_/s/ Myron H. Thompson_
UNITED STATES DISTRICT JUDGE